UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JUSTIN POLLOCK ET AL** | **CASE NO.  6:21-CV-01006** |
| **VERSUS** | **JUDGE JUNEAU** |
| **D R HORTON INC GULF COAST** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before this Court is a motion to remand (Rec. Doc. 6) filed by plaintiff.  This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  Considering the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 11), the lack of objections filed to the Report and Recommendation, and after an independent review of the record;

This Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS THUS ORDERED, AJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to remand (Rec. Doc. 6) filed by plaintiff is GRANTED and, accordingly this suit is REMANDED to the Fifteenth Judicial District Court for the Parish of Lafayette, from which it was removed.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24th day of September, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE